UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

---

Date: August 19, 2025                                                                           HONORABLE KIMBERLEY H. TYSON, Presiding

---

In re:   Sandra Lynn Lopez,                                                    Debtor.          Case No: 25-14764-KHT
                                                                                                                    Chapter 13

---

Appearances:
| | | | |
|---|---|---|---|
| Debtor | | Counsel | Jane M. Roberson |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:   Hearing on Motion to Extend the Automatic Stay (docket #15)

[X]   Debtor's counsel entered her appearance and made statements to the Court.

---

Orders:

[X]   For the reasons discussed on the record, the Court will grant the Motion by separate order.

---

Date: August 19, 2025

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:   */s/ K. Lane Cutler*
         Law Clerk