# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Sandra Lynn Lopez, | ) | Case No. 25-14764 KHT |
| | ) | Chapter 13 |
| Debtor. | ) | |

## ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF AUTOMATIC STAY

THIS MATTER is before the Court upon Sandra Lynn Lopez's Motion for Continuance of Automatic Stay Pursuant to 11 U.S.C. §362(c)(3), the Court, having read the Motion, any responses or objections thereto being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion is GRANTED. Pursuant to 11 U.S.C. §362(c)(3), the automatic stay provisions of 11 U.S.C. §362(a) are CONTINUED as to ALL CREDITORS up to and including the date of confirmation of a plan of reorganization or the date of dismissal or conversion of this bankruptcy case, whichever is sooner.

DATED this 19th day of August, 2025.

BY THE COURT:

_____
United States Bankruptcy Judge